

# In the United States Court of Federal Claims

No. 18-599C

(Filed: May 1, 2018)

FILED

MAY - 1 2018

U.S. COURT OF
FEDERAL CLAIMS

|  |  |
|---|---|
| DAVID A. AVERY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CORECIVIC, INC., | ) ) |
| Defendant. | ) ) ) |

## DISMISSAL ORDER

Plaintiff is incarcerated at the Trousdale Turner Correctional Center in Hartsville, Tennessee. He is proceeding pro se in this civil action against CoreCivic, Inc., a prison management contractor. No filing fee has been paid. The claims in the complaint include "false imprison[ment]," "exploitation of the injured party's private property," and "unauthorized use of DAVID ANTHONY AVERY." Compl. at 2-3.

The only proper defendant in this court is the United States. United States v. Sherwood, 312 U.S. 584, 588 (1941) (citations omitted). This court has no jurisdiction over plaintiff's claims against CoreCivic, Inc.[1] The clerk's office is directed to **ENTER** final judgment **DISMISSING** the complaint for lack of jurisdiction, without prejudice.

IT IS SO ORDERED.

PATRICIA E. CAMPBELL-SMITH
Judge

---

[1] Even if the complaint could be construed to include claims against the government entity that contracts with CoreCivic, Inc., that entity is the State of Tennessee, not the United States.